Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.:  18−27037−ABA
                                  Chapter:  13
                                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario Forcinito
   1267 NE Blvd., Apt. 17M
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−0639

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 10, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 21 − 8
Order Vacating Order for (related document:8 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Meet Credit Counseling Requirements, Failure to File Missing Documents. Missing Documents: Chapter 13 Disclosure of Attorney Compensation. If an objection is filed a hearing will be held on: September 18, 2018 at 10:00 a.m. Courtroom 4−B. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/24/2018. Objection to Order to Show Cause due by 9/7/2018. (def)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/10/2018. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 10, 2018
JAN: bc

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27037-ABA
Mario Forcinito                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1           Date Rcvd: Sep 10, 2018
                            Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db            Mario Forcinito,    1267 NE Blvd., Apt. 17M,    Vineland, NJ  08360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Victor  Druziako    on behalf of Debtor Mario  Forcinito bkdruziako@aol.com
                                                                                                                                 TOTAL: 5