| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| In Re: |
| Mario Forcinito |

**Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      18-27037

Hearing Date:

Chapter:        13

Judge:          Altenburg

# ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements;

It is hereby **ORDERED** that

<u>xx</u>   The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

___   Other: _____

_____

United States Bankruptcy Court
District of New Jersey

In re:  
Mario Forcinito  
    Debtor

Case No. 18-27037-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.  
db         Mario Forcinito,    1267 NE Blvd., Apt. 17M,    Vineland, NJ   08360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Victor  Druziako    on behalf of Debtor Mario  Forcinito bkdruziako@aol.com  
                                                                                                            TOTAL: 5